Jeffrey W. **DAVIES**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 75413.

Missouri Court of Appeals, Western District.

Oct. 1, 2013.

Kent E. Gipson, Kansas City, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

ORDER

PER CURIAM.

Jeffrey Davies appeals the judgment denying his Rule 29.15 motion for post-conviction relief, which set forth numerous allegations of ineffective assistance of trial counsel. Davies contends the motion court clearly erred in denying his claims. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).